FILED

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0731

IN THE SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 22-0731

| | |
|---|---|
| TCF ENTERPRISES, INC. d/b/a MALMQUIST CONSTRUCTION and CINCINNATI INSURANCE COMPANY,<br><br>Plaintiffs/Appellees.<br><br>vs.<br><br>RAMES, INC. formerly d/b/a CENTRAL INSURANCE AGENCY,<br><br>Defendant/Appellant. | **FILED**<br><br>JUN 0 1 2023<br><br>Bowen Greenwood<br>Clerk of Supreme Court<br>State of Montana |

**ORDER**

Upon consideration of Appellees' Unopposed Motion for Extension of Time, and good cause appearing,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including July 3, 2023, within which to prepare, file and serve their response brief.

1